IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIRGIN R. SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:25-cv-129-ECM ) |
| MIKE HARPER, *et al.*, | ) ) |
| Defendants. | ) |

**O R D E R**

On May 23, 2025, the Magistrate Judge entered a Recommendation (doc. 16) to which no timely objections have been filed.[1] Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 16) is ADOPTED, and this case is DISMISSED without prejudice. It is further

ORDERED that all pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

A separate Final Judgment will be entered.

DONE this 19th day of November, 2025.

                                         /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE

---

[1] To the extent the Plaintiff intended his letter (doc. 17) dated June 10, 2025, to operate as objections to the Recommendation, they are untimely, and he does not adequately explain why he was unable to object by the June 6, 2025 deadline. Even if the objections were timely, they are due to be overruled because they fail to establish that the Magistrate Judge committed any error.